March 14, 1939


Hon. A. E. Wood, Chairman
Game, Fish & Oyster Commission
Austin, Texas

Dear Sir:

Opinion No. 0-436
Re: Authority of Game, Fish and
Oyster Commission to con-
demn property under Eminent
Domain Statute

Your request for an opinion as to whether, under
the existing statutes, the Game, Fish & Oyster Commission
can condemn property necessary for a channel from the Gulf
of Mexico into the Laguna Madre has been received by this
Department.

The right of imminent domain is an inherent power
in the people. The people have delegated that power to
the Legislature. The Legislature has the sole power to
prescribe the occasions on which the State may exercise
the power and the mode of doing so. Since the Legisla-
ture cannot in every case supervise the condemnation of
property for public use, it may confer that power on agen-
cies and frequently does so. But only the sovereign power
or one to whom it has delegated the right can take property
without the consent of the owner.

The statutes creating the Game, Fish & Oyster Com-
mission, and those setting forth the powers and duties of
the Commission do not confer any general power upon the
Commission to condemn property for their use.

The Legislature has seen fit to delegate to cer-
tain agencies the power of condemning land desired for
public use, and during the First-called session of the
Forty-first Legislature gave the Game, Fish & Oyster Com-
mission the power to condemn lands necessary for the con-
struction and maintenance of fish hatcheries in Smith
County, Texas. We fail to find that they had prior to

that time conferred any general power of condemnation on the Commission, and in that instance they restricted the grant of power to Smith County, Texas. The Legislature not having made an express grant of the power of condemnation to the Commission, we cannot by implication confer that power upon the Commission, for the courts have held that the statutes conferring the power of imminent domain be strictly construed, and if the power is doubtful, it will be resolved in favor of the property owner.

It is the opinion of this Department that the Game, Fish & Oyster Commission does not have authority to condemn property for their purposes under our present statutes.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By      *Morris Hodges*
            Morris Hodges
            Assistant

MH-MH

APPROVED:

*Gerald C. Mann*
ATTORNEY GENERAL OF TEXAS